**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Action No. 2:19-cv-02484-JMA-SIL |
| Plaintiff, | |
| v. | |
| JOHN DOE subscriber assigned IP address 74.101.92.25, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 74.101.92.25. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 19, 2019          Respectfully submitted,


By:     /s/ *Jacqueline M. James__*
          Jacqueline M. James, Esq. (#1845)
          The James Law Firm, PLLC
          445 Hamilton Avenue, Suite 1102
          White Plains, New York 10601
          T: 914-358-6423
          F: 914-358-6424
          E-mail: jjames@jacquelinejameslaw.com
          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.